# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PIERRE DONTE' JOSHLIN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01014-JAD-NJK

**ORDER**

Petitioner has filed a first amended petition (Doc. 26).  The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  The court will direct respondents to file a response.

**IT IS THEREFORE ORDERED** that respondents shall have 45 days from the date of entry of this order to answer or otherwise respond to the first amended petition (Doc. 26).  If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have 45 days from the date on which the answer is served to file a reply.

Dated: September 23, 2014.

_____
JENNIFER A. DORSEY
United States District Judge