# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PIERRE DONTE' JOSHLIN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01014-JAD-NJK

**ORDER**

    Respondents having submitted an unopposed motion for enlargement of time (1st request) (#29), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (1st request) (#29) is **GRANTED**.  Respondents shall have through December 10, 2014, to file and serve an answer or other response to the first amended petition (#26).

    DATED: 1/2/15 (nunc pro tunc to 12/10/14)

_____
JENNIFER A. DORSEY
United States District Judge