# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PIERRE DONTE JOSHLIN,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-01014-JAD-NJK

**ORDER EXTENDING TIME FOR RESPONSE TO SECOND AMENDED PETITION**
[ECF 43]

    This is a habeas corpus proceeding under 28 U.S.C. § 2254. On July 7, 2015, I denied respondents' motion to dismiss and gave them until August 21, 2015, to answer petitioner's second amended petition. ECF 41, 42. Respondents now move for an extra 30 days to file that answer. ECF 43. Good cause appearing, IT IS HEREBY ORDERED that respondents' motion to extend time **[ECF 43] is GRANTED. The deadline for respondents' answer is extended to September 21, 2015.**

    Dated this 26th day of August, 2015.

                                                             Jennifer Dorsey
                                                            United States District Judge