UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE DONTE JOSHLIN,<br><br>       Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>       Respondents. | 2:13-cv-001014-JAD-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time to File Amended Petition**<br><br>**[ECF 46]** |

   Petitioner Pierre Donte Joshlin moves for a 90-day extension of his deadline to file a counseled reply in support of his Second Amended Petition. ECF 46. Petitioner's counsel represents that he has reached out to respondents' counsel, who has no opposition. ECF 46 at 5. Good cause appearing,

   IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply to answer **[ECF 46] is GRANTED. Petitioner has until January 13, 2016, to file his reply to respondents' answer [ECF 45].**

   DATED this 14th day of October, 2015.

_____
Jennifer A. Dorsey
United States District Judge