# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pierre Donte Joshlin,<br><br>    Petitioner<br><br>v.<br><br>Dwight Neven, et al.,<br><br>    Respondents | 2:13-cv-01014-JAD-NJK<br><br>**Order Granting Motions to Extend Time**<br><br>[ECF Nos. 48, 49] |

　　Petitioner Pierre Donte Joshlin has filed two motions to extend time to file a reply to respondents' answer to his habeas petition. **Joshlin's motions are granted nunc pro tunc** to January 13, 2016, and March 2, 2016, respectively. Joshlin's March 7, 2016, memorandum is therefore deemed timely.

　　Dated this 17th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge